United States Bankruptcy Court
District of Maryland

In re: Case No. 24-15495-DER
Kenisha R. Wright Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1      User: admin      Page 1 of 3
Date Rcvd: Jul 01, 2024      Form ID: 309I      Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kenisha R. Wright, 20 Lambourne Rd., Apt. 328, Towson, MD 21204-2841 |
| 32583275 | + | Consolidated Hampton LLC, CSC-Lawyers Inc. Service, 7 ST. PAUL STREET, Suite 820, Baltimore, MD 21202-1681 |
| 32583277 | + | David J. Carlin, 30 E. Padonia Road, Suites 400-401, Lutherville Timonium, MD 21093-2345 |
| 32583281 | + | Dore J. Lebowitz, Esq., Maryland Motor Vechicle Administation, 6601 Ritchie Highway, NE, Glen Burnie, MD 21062-1000 |
| 32583282 | + | Esusu/hpar, 215 West 125th Street, New York, NY 10027-4426 |
| 32583287 | + | Maryland Attorney General, 200 St Paul Pl., Baltimore, MD 21202-5994 |
| 32583288 | + | Maryland Department of Transportation, 7201 Corporate Center Drive, Hanover, MD 21076-1415 |
| 32583290 | + | Michael Anthony Wheeler, 20 Lambourne Rd., Apt. 328, Towson, MD 21204-2841 |
| 32584048 | + | Office of the Comptroller of Maryland, Bankruptcy Unit, 7 St. Paul Street, Suite 230, Baltimore, MD 21202-1626 |
| 32583295 | + | Rossbrooke LLLP, P.O. Box 394, Cockeysville, MD 21030-0394 |
| 32583297 | + | Todd Andrew Kelting, Offit Kurman P.A., 7501 Wisconsin Ave., Suite 1000W, Bethesda, MD 20814-6604 |
| 32583298 | + | UDR Inc., 46860 Hilton Dr., Ofc 502, Lexington Park, MD 20653-3719 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: info@steinerlawgroup.com | Jul 01 2024 19:25:00 | Eric S. Steiner, Steiner Law Group, LLC, PO Box 17598, Pmb 83805, Baltimore, MD 21297 |
| tr | + | Email/Text: BNCNoticing@ch13balt.com | Jul 01 2024 19:26:00 | Brian A. Tucci, Brian A. Tucci, Chapter 13 Trustee, P.O. Box 1110, Millersville, MD 21108-4110 |
| 32583265 | + | Email/Text: bankruptcy@rentacenter.com | Jul 01 2024 19:26:00 | AcceptanceNOW, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 32583266 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 01 2024 19:28:32 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 32583267 | + | Email/Text: kwalters@autotrakk.com | Jul 01 2024 19:26:00 | Auto Trakk LLC, Attn: Bankruptcy Department, 1500 Sycamore Rd., Ste. 200, Montoursville, PA 17754-9416 |
| 32584051 | | Email/Text: bankruptcy@baltimorecountymd.gov | Jul 01 2024 19:26:00 | Deputy County Attorney, Baltimore County Office of Law, 400 Washington Avenue, 2nd Floor, Towson, MD 21204 |
| 32583268 | | Email/Text: caineweiner@ebn.phinsolutions.com | Jul 01 2024 19:26:08 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd 4th Floor, Sherman Oaks, CA 91411 |
| 32583269 | + | EDI: CAPITALONE.COM | Jul 01 2024 23:19:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 32583270 | + | EDI: CAPONEAUTO.COM | Jul 01 2024 23:19:00 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 32583271 | + | EDI: WFNNB.COM | Jul 01 2024 23:19:00 | Comenity Bank/Justice, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 32583272 | + | EDI: WFNNB.COM | Jul 01 2024 23:19:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, |

| District/off: 0416-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 01, 2024 | Form ID: 309I | Total Noticed: 42 |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| 32583273 | + | EDI: WFNNB.COM | Jul 01 2024 23:19:00 | Po Box 182125, Columbus, OH 43218-2125<br>Comenity Bk/Ulta, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 32583274 | + | EDI: WFNNB.COM | Jul 01 2024 23:19:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 32583276 | + | Email/Text: bankruptcy@consumerportfolio.com | Jul 01 2024 19:26:00 | Consumer Portfolio Services, Inc., Attn: Bankruptcy, Po Box 57071, Irvine, CA 92619-7071 |
| 32583278 | + | Email/Text: electronicbkydocs@nelnet.net | Jul 01 2024 19:26:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 32583279 | + | Email/Text: bankruptcy@marinerfinance.com | Jul 01 2024 19:26:00 | Diana Holland, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 32583280 | + | EDI: DISCOVER | Jul 01 2024 23:19:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 32583283 | + | EDI: BLUESTEM | Jul 01 2024 23:19:00 | Fingerhut, Attn: Bankruptcy, Po Box 0260, Saint Cloud, MN 56395-0260 |
| 32583284 | + | EDI: LCIICSYSTEM | Jul 01 2024 23:19:00 | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 32583285 | + | Email/Text: support@ljross.com | Jul 01 2024 19:26:00 | LJ Ross & Associates, Attn: Bankruptcy, 4 Universal Way, Po Box 6099, Jackson, MI 49204-6099 |
| 32583286 | + | Email/Text: bankruptcy@marinerfinance.com | Jul 01 2024 19:26:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 32583289 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 01 2024 19:28:11 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 32583291 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 01 2024 19:26:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 32583292 | + | EDI: NFCU.COM | Jul 01 2024 23:19:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 32583293 | + | Email/Text: electronicbkydocs@nelnet.net | Jul 01 2024 19:26:00 | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 32583294 | | EDI: PRA.COM | Jul 01 2024 23:19:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 32584050 | + | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Jul 01 2024 19:27:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| 32584049 | + | Email/Text: Bankruptcy_group@baltimorecity.gov | Jul 01 2024 19:26:00 | Supervisor of Delin. Accts., Abel Wolman Municipal Building, 200 Holliday Street- Room #1 Bankruptcy, Baltimore, MD 21202-6295 |
| 32583296 | + | EDI: SYNC | Jul 01 2024 23:19:00 | Syncb/Lord & Taylor, Po Box 71737, Philadelphia, PA 19176-1737 |
| 32583299 | + | EDI: VERIZONCOMB.COM | Jul 01 2024 23:19:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 01, 2024 | Form ID: 309I | Total Noticed: 42 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2024           Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian A. Tucci | ECF@ch13balt.com  btucci13@ecf.epiqsystems.com,trusteemdb41@ecf.epiqsystems.com |
| Eric S. Steiner | info@steinerlawgroup.com  SteinerER82180@notify.bestcase.com |

TOTAL: 2

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Kenisha R. Wright**<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–8183<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **District of Maryland** | Date case filed for chapter  13   6/28/24 |
| Case number: | 24–15495 DER    Chapter: 13 | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case                                         10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. Visit http://www.mdb.uscourts.gov and click on Filing Without An Attorney for additional resources and information.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Kenisha R. Wright | |
| 2. | **All other names used in the last 8 years** | aka Kenisha R. Hubbard | |
| 3. | **Address** | 20 Lambourne Rd., Apt. 328<br>Towson, MD 21204 | |
| 4. | **Debtor's attorney**<br>Name and address | Eric S. Steiner<br>Steiner Law Group, LLC<br>PO Box 17598<br>Pmb 83805<br>Baltimore, MD 21297 | Contact phone 410–670–7060<br>Email:  info@steinerlawgroup.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Brian A. Tucci<br>Brian A. Tucci, Chapter 13 Trustee<br>P.O. Box 1110<br>Millersville, MD 21108 | Contact phone 410–825–5923<br>Email:  ECF@ch13balt.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Baltimore Division<br>101 West Lombard Street, Ste. 8530<br>Baltimore, MD 21201<br><br>Clerk of the Bankruptcy Court:<br>Mark A. Neal | Hours open:<br>8:45 – 4:00 PM<br>Contact phone (410) 962–2688<br>Date: 7/1/24 |

**For more information, see page 2 >**

Official Form 309I                            Notice of Chapter 13 Bankruptcy Case                            page 1

| Debtor **Kenisha R. Wright** | | Case number **24–15495** |
|---|---|---|
| 7. **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 8, 2024 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 936 272 0688, and Passcode 3000706318, OR call 1–667–408–3159**<br><br>**For additional meeting information go to https://www.justice.gov/ust/moc.** |
| 8. **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br> You must file:<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 10/7/24** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 9/6/24** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 12/26/24** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A Proof of Claim may be filed electronically from the court's web site at http://www.mdb.uscourts.gov/content/electronic–filing–claims. A proof of claim form may be obtained at  www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| | **Deadline to object to plan:**<br>Creditor's objections to the plan must be filed and copies served on the Chapter 13 Trustee, the debtor, and the debtor's attorney no later than 7 days before the date set for hearing on confirmation of the plan. | |
| | **Deadline to file certain pleadings:**<br>Debtor's motions to value collateral, motions to avoid liens, and all other motions which may impact the debtor's plan, should be filed by   8/8/24 | |
| 9. **Filing of plan** | **The debtor has filed a plan.** If the chapter 13 trustee recommends confirmation, and no timely objections to confirmation are filed, then the court may confirm the plan, and there will be no confirmation hearing. Timely filed objections to confirmation of the plan and motions to convert or dismiss, will be taken up at the Plan Confirmation Hearing. The Plan Confirmation Hearing will be held:<br>Date: **9/10/24**   Time: **02:00 PM**<br>Location: **By Video Conference – Contact case trustee for hearing information.** | |
| 10. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. **Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| 13. **Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |
| 14. **Debtor electronic bankruptcy noticing** | The U.S. Bankruptcy Court for the District of Maryland offers all parties the ability to receive court notices and orders via email, instead of U.S. mail. To participate, debtors must complete and file a DeBN request form with the Court –– additional information is available under Programs & Services at http://www.mdb.uscourts.gov. Other parties (non–debtors) can register at ebn.uscourts.gov. | |

Official Form 309I                    **Notice of Chapter 13 Bankruptcy Case**                    page 2