

Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# CPS

## Lien and Title Information

### Account Information

| | | | |
|---|---|---|---|
| **Account Number** | | **Financed Date** | 4/19/2022 |
| **Loan Number** | | **Perfected Date** | 5/5/2022 |
| **Branch** | 791 | **Payoff Date** | |
| **Borrower 1** | KENISHA RENAE WRIGHT | **Dealer ID** | |
| **Borrower 2** | MICHAEL ANTHONY WHEELER | **Dealer** | |
| **Borrower Address** | 9 MAIDSTONE CT<br>ROSESALE, MD 21237 | **Dealer Address** | |

### Lienholder

| | |
|---|---|
| **ELT Lien ID** | 0000006159 |
| **Lienholder** | Consumer Portfolio Services Inc. |
| **Lienholder Address** | PO Box 57071<br>Irvine, CA 92619-7071 |
| **Lien Release Date** | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | 1FTYR2CM2JKB01565 | **Issuance Date** | 5/5/2022 |
| **Title Number** | | **Received Date** | 5/5/2022 |
| **Title State** | MD | **ELT/Paper** | ELECTRONIC |
| **Year** | 2018 | **Odometer Reading** | 88076 |
| **Make** | FORD | **Branding** | |
| **Model** | | | |
| **Owner 1** | WRIGHT, KENISHA RENAE | | |
| **Owner 2** | WHEELER, MICHAEL ANTHONY | | |
| **Owner Address** | 3715 WHITE PINE RD APT F<br>MIDDLE RIVER, MD 21220-3221 | | |

**Printed:** Wednesday, July 3, 2024 2:17:01 PM PST