```
CUSTOMER INFORMATION                              CONTRACT INFORMATION

ACCT#  . .    [REDACTED]              COLLATERAL. . . . . .    2018 FORD T250

NAME . . .    KENISHA RENAE WRIGHT    FINANCED AMOUNT . . . .     39,782.94
              MICHAEL ANTHONY WHEELER CONTRACT AMOUNT . . . .     39,782.94
              7 KENLAWN CT            CONTRACT DATE . . . . .        4/02/22
              TOWNSON, MD 21204       MATURITY DATE . . . . .        8/17/28
                                      NEXT DUE DATE . . . . .        6/17/23
```

| POSTING DATE | TRAN DATE | INTEREST PAID | PRINCIPAL PAID | FEES ASSESSED | FEES PAID | TOTAL AMT PAID | PRINCIPAL BALANCE | DESCRIPTION | |
|---|---|---|---|---|---|---|---|---|---|
| 5/16/22  | 5/16/22  | 661.81   | 138.19   | .00    | .00    | 800.00   | 39,644.75 | Regular Payment     |   |
| 6/20/22  | 6/20/22  | 524.61   | 274.50   | .00    | .00    | 799.11   | 39,370.25 | Regular Payment     |   |
| 8/02/22  | 8/02/22  | .00      | .00      | 79.82  | .00    |          | 39,370.25 | Late Charge Fee     |   |
| 9/02/22  | 9/02/22  | .00      | .00      | 79.82  | .00    |          | 39,370.25 | Late Charge Fee     |   |
| 9/06/22  | 9/06/22  | 600.00   | .00      | .00    | .00    | 600.00   | 39,370.25 | Regular Payment     |   |
| 9/07/22  | 9/07/22  | 200.00   | .00      | .00    | .00    | 200.00   | 39,370.25 | Regular Payment     |   |
| 9/23/22  | 9/23/22  | 200.00   | .00      | .00    | .00    | 200.00   | 39,370.25 | Regular Payment     |   |
| 10/20/22 | 10/20/22 | 400.00   | .00      | .00    | .00    | 400.00   | 39,370.25 | Regular Payment     |   |
| 10/26/22 | 10/26/22 | 200.00   | .00      | .00    | .00    | 200.00   | 39,370.25 | Regular Payment     |   |
| 11/02/22 | 11/02/22 | 400.00   | .00      | .00    | .00    | 400.00   | 39,370.25 | Regular Payment     |   |
| 11/11/22 | 11/11/22 | 143.47   | 356.53   | .00    | .00    | 500.00   | 39,013.72 | Regular Payment     |   |
| 12/05/22 | 12/05/22 | .00      | .00      | 69.56  | .00    |          | 39,013.72 | Late Charge Fee     |   |
| 12/14/22 | 12/14/22 | 486.76   | 209.24   | .00    | .00    | 696.00   | 38,804.48 | Regular Payment     |   |
| 2/02/23  | 2/02/23  | .00      | .00      | 79.87  | .00    |          | 38,804.48 | Late Charge Fee     |   |
| 2/20/23  | 2/20/23  | 300.00   | .00      | .00    | .00    | 300.00   | 38,804.48 | Regular Payment     |   |
| 3/10/23  | 3/10/23  | 900.00   | .00      | .00    | .00    | 900.00   | 38,804.48 | Regular Payment     |   |
| 4/03/23  | 4/03/23  | .00      | .00      | 39.78  | .00    |          | 38,804.48 | Late Charge Fee     |   |
| 5/03/23  | 5/03/23  | .00      | .00      | 39.78  | .00    |          | 38,804.48 | Late Charge Fee     |   |
| 5/30/23  | 5/30/23  | 1,250.11 | .00      | .00    | .00    |          | 38,804.48 | Waive Interest      | W |
| 6/16/23  | 6/16/23  | .00      | 3,982.84 | .00    | .00    | 3,982.84 | 34,821.64 | Regular Payment     |   |
| 6/21/23  | 6/21/23  | .00      | .00      | 395.00 | .00    |          | 34,821.64 | Repo/Liquidation Fee |  |
| 6/21/23  | 6/16/23  | .00      | (388.63) | .00    | .00    | (388.63) | 35,210.27 | Payment Reversal    |   |
| 6/21/23  | 6/21/23  | .00      | .00      | .00    | 9.99   |          | 35,210.27 | Waive Fee's         | W |
| 6/21/23  | 6/21/23  | .00      | .00      | .00    | 388.63 |          | 35,210.27 | Fee's Payment       |   |
| 7/14/23  | 7/14/23  | .00      | 400.00   | .00    | .00    | 400.00   | 34,810.27 | Regular Payment     |   |

|  | | TOTAL INTEREST PAID | TOTAL PRINCIPAL PAID | TOTAL FEES ASSESSED | TOTAL FEES PAID | TOTAL TOTAL AMT PAID | | | |
|---|---|---|---|---|---|---|---|---|---|
|  | | 5,016.65 | 4,972.67 | 783.63 | 388.63 | 9,989.32 | | | |