# Manheim Market Report

July 31, 2024 US Edition

**2018 FORD T250 CARGO V6 FFV EXT CARGO 3.7L MEDIUM ROOF**
1FTYR2CM2JKB01565

| Base MMR | MMR Adjustments | | MMR Range |
|---|---|---|---|
| **$16,600** | Odometer | -- | $14,300 - $18,900 |
| Avg Odometer (mi) | Region | -- | **Adjusted MMR** |
| **120,085** | Condition Report | -- | **$16,600** |
| Avg Condition | Color | -- | Estimated Retail Value |
| **2.3** | Build Options | YES • $0 | Based on Cox Automotive Retail Transactions |
| | | | **$22,100** |

Numbers may not add exactly due to rounding
** AutoGrade™ or Manheim Express Grade

## Transactions | Showing 15 of 15

| Date | Price | Odo (mi) | Grade | Eng/T | Ext Color | Type | Region | Auction |
|---|---|---|---|---|---|---|---|---|
| 7/24/24 | $17,200 | 107,483 | 1.6 | 6ET/A | White | Lease | Southwest | Denver |
| 7/23/24 | $14,200 | 104,267 | 1.9 | 6ET/A | White | Lease | Southeast | Orlando |
| 7/19/24 | $17,800 | 58,292 | 1.9 | 6ET/A | White | Lease | West Coast | Hawaii |
| 7/18/24 | $9,200 | 199,602 | 2.6 | 6ET/A | Silver | Regular | Northeast | Fredericksbu… |
| 7/18/24 | $17,200 | 133,622 | -- | 6ET/A | White | Regular | Northeast | Fredericksbu… |
| 7/16/24 | $10,700 | 182,734 | 2.8 | 6ET/A | White | Lease | Midwest | St Louis |
| 7/11/24 | $22,200* | 103,190 | -- | 6ET/A | White | Regular | Northeast | Fredericksbu… |
| 7/11/24 | $19,700 | 75,519 | 1.4 | 6ET/A | White | Lease | Northeast | New York |
| 7/11/24 | $16,600 | 87,106 | 2.1 | 6ET/A | White | Lease | Northeast | New York |
| 7/10/24 | $14,200 | 118,938 | 1.5 | 6ET/A | Blue | Lease | Southeast | Lakeland |
| 7/9/24 | $18,999 | 92,513 | 3.7 | 6G/A | White | Regular | Northeast | New Jersey |
| 7/9/24 | $16,600 | 130,735 | 3.8 | 6ET/A | White | Regular | Southeast | Orlando |
| 7/3/24 | $14,300 | 123,250 | 1.4 | 6ET/A | White | Regular | Northeast | New Jersey |
| 7/3/24 | $12,800 | 173,543 | 2.8 | 6ET/A | White | Lease | Southeast | Central Florida |
| 7/1/24 | $20,190 | 93,585 | -- | --/-- | White | Regular | Northeast | New Jersey |

\* Transactions not in sample
Condition Reports from AutoGrade™ or Manheim Express Grade

## Historical Average

| Past 30 Days | 6 Months Ago | Last Year |
|---|---|---|
| **$15,700** | **$18,650** | **$16,900** |
| 120,085 mi | 115,649 mi | 160,398 mi |

## Projected Average

Next Month
**$16,650**

**Estimated Retail Value**
Based on Cox Automotive Retail Transactions

**$22,100**
Typical Range
$18,850 - $25,200